UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL ALVARADO, | 1: 07 CV 01722 LJO  WMW HC |
| Petitioner, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE |
| v. | |
| JAMES A. YATES, WARDEN, | |
| Respondent. | |

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.   On February 21, 2008, the court entered an order requiring Respondent to file a response to the petition.  On April 21, 2008, Respondent filed his response, altering this court to the fact that the claims raised in this petition are identical to those previously raised by Petitioner in case number 1:07-cv-00994 DLB HC.   Petitioner has not denied this fact or otherwise responded. The court hereby takes judicial notice of the fact that the two cases raise the same claims.

Accordingly IT IS HEREBY ORDERED as follows:

1) this petition for writ of habeas corpus is DISMISSED as duplicative of 1:07-cv-00994 DLB HC;

2) the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:    July 8, 2008**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE